```
DEVIN TYLER EMFINGER        PEOPLES BANK
107 BROWN RABBIT LN         160 EAST MAUD
MENDENHALL, MS 39114        MENDENHALL, MS 39114

THOMAS C. ROLLINS, JR.      POSSIBLE FINANCE
THE ROLLINS LAW FIRM, PLLC  ATTN: BANKRUPTCY
P.O. BOX 13767              PO BOX 98686
JACKSON, MS 39236          LAS VEGAS, NV 89193

AFFIRM, INC.                SANTANDER CONSUMER
ATTN: BANKRUPTCY            ATTN: BANKRUPTCY
650 CALIFORNIA ST           PO BOX 961211
FL 12                       FORT WORTH, TX 76161
SAN FRANCISCO, CA 94108

CREDENCE RESOURCE           SMITH, ROUCHON
ATTN: BANKRUPTCY            1456 ELLIS AVE
PO BOX 2300                 JACKSON, MS 39204
SOUTHGATE, MI 48195

CREDIT FRESH                SUPREME LENDING
200 CONTINTENTAL DR         ATTN: BANKRUPTCY
SUITE 401                   14801 QUORUM DR
NEWARK, DE 19713            SUITE 300
                           DALLAS, TX 75254

CREDIT ONE BANK
ATTN: BANKRUPTCY
6801 CIMARRON RD
LAS VEGAS, NV 89113

JESSICA LAKE
110 BIG OAK DR
MENDENHALL, MS 39114

KOALAFI
ATTN: BANKRUPTCY
PO BOX 5518
GLEN ALLEN, VA 23058

MAX LEND
P.O. BOX 639
PARSHALL, ND 58770
```