# Proceeding Minutes / Proceeding Memo

**Case #:** 26-01326    **Case Name:** Devin Tyler Emfinger

**Set:** 07/14/2026 01:30 pm  **Chapter:** 13  **Type:** bk    **Judge** Katharine M. Samson

**matter** Confirmation Hearing

---

Minute Entry Re: (related document(s): [10] Confirmation Hearing) No objections filed. Confirmation hearing removed. (mcc)