United States Bankruptcy Court

Southern District of Mississippi

In re:

Devin Tyler Emfinger

    Debtor

Case No. 26-01326-KMS

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 03, 2026 | Form ID: n031 | Total Noticed: 17 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Devin Tyler Emfinger, 107 Brown Rabbit Ln, Mendenhall, MS 39114-4383 |
| 5671443 | + | Jessica Lake, 110 Big Oak Dr, Mendenhall, MS 39114-5794 |
| 5671445 | + | Max Lend, P.O. Box 639, Parshall, ND 58770-0639 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5688247 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 03 2026 19:58:33 | AT & T Mobility, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5671439 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 03 2026 19:58:46 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5671441 | | Email/Text: bankruptcy@creditfresh.com | Aug 03 2026 19:57:00 | Credit Fresh, 200 Contintental Dr, Suite 401, Newark, DE 19713 |
| 5671440 | + | Email/Text: bankruptcy@credencerm.com | Aug 03 2026 19:57:00 | Credence Resource, Attn: Bankruptcy, Po Box 2300, Southgate, MI 48195-4300 |
| 5671442 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 03 2026 19:58:32 | Credit One Bank, Attn: Bankruptcy, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5671444 | + | Email/Text: inchargehq@westcreekfin.com | Aug 03 2026 19:58:00 | Koalafi, Attn: Bankruptcy, Po Box 5518, Glen Allen, VA 23058-5518 |
| 5697312 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 03 2026 19:58:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5671447 | | Email/Text: bankruptcy@possiblefinance.com | Aug 03 2026 19:57:00 | Possible Finance, Attn: Bankruptcy, Po Box 98686, Las Vegas, NV 89193 |
| 5672881 | + | Email/Text: TeamCollections@peoplesbank-ms.com | Aug 03 2026 19:57:00 | Peoples Bank, PO Box 777, Magee, MS 39111-0770 |
| 5671446 | + | Email/Text: TeamCollections@peoplesbank-ms.com | Aug 03 2026 19:57:00 | Peoples Bank, 160 East Maud, Mendenhall, MS 39114-3575 |
| 5671448 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 03 2026 19:57:00 | Santander Consumer, Attn: Bankruptcy, Po Box 961211, Fort Worth, TX 76161-0211 |
| 5674722 | | Email/Text: enotifications@santanderconsumerusa.com | Aug 03 2026 19:57:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, 1601 Elm Street, Suite 800, Dallas, TX 75201-7260 |
| 5671449 | + | Email/Text: Tracey@sra-inc.net | Aug 03 2026 19:57:00 | Smith, Rouchon, 1456 Ellis Ave, Jackson, MS 39204-2204 |
| 5671450 | + | Email/Text: bknotifications@supremelending.com | Aug 03 2026 19:58:00 | Supreme Lending, Attn: Bankruptcy, 14801 Quorum Dr, Suite 300, Dallas, TX 75254-1422 |

TOTAL: 14

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Aug 03, 2026 | Form ID: n031 | Total Noticed: 17 |

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2026                              Signature:           /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Devin Tyler Emfinger trollins@therollinsfirm.com<br>jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:**  26−01326−KMS
**Chapter:**  13

**In re:**

Devin Tyler Emfinger
107 Brown Rabbit Ln
Mendenhall, MS 39114

Notice of Entry of Order Confirming Plan

The Court entered an Order on August 3, 2026 (Dkt. # 23 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: August 3, 2026

Danny L. Miller, Clerk of Court